James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER &
    SHAH, LLP
35 East State Street
Media, PA 19063
Tel: 610-891-9880
Fax: 866-300-7367
jshah@sfmslaw.com

Thomas D. Mauriello (SBN 144811)
MAURIELLO LAW FIRM, APC
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Tel: 949-542-3555
Fax: 949-606-9690
tomm@maurlaw.com

Attorneys for Plaintiff and the Class

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. MONEY RESERVE, INC.,<br><br>Defendant. | Case No.: CV13-5139 ABC (Ex)<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  August 11, 2014<br>Time:  10:00 a.m.<br>Ctrm:  680<br>Judge: Hon. Audrey B. Collins |

**TO THE COURT, THE PARTIES, THEIR COUNSEL, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on August 11, 2014, at 10:00 a.m. in Courtroom 680 of the above-captioned Court, located at 255 East Temple Street in Los Angeles, California, the Honorable Audrey B. Collins presiding, Plaintiff Deon Brown will and hereby does move the Court to:

(1) grant final certification of the Settlement Class for Plaintiff's class action;

(2) grant final approval of the Parties' Stipulation of Settlement and Release (the "Settlement");

(3) award Class Counsel their reasonable attorneys' fees in the amount of thirty percent (30%) of the monetary settlement amount, or $120,000, as well as reimbursement of their expenses and costs in the amount of $10,946.53;

(4) award Plaintiff a service award in the amount of $2,500; and

(5) award the Settlement Administrator, Strategic Claims Services, the remaining balance of $5,000 for the fees and expenses incurred in administering the Settlement.

This motion is made on the grounds that the parties reached a settlement of this action in March 24, 2014, and on April 11, 2014, the Court entered an Order that appointed Class Counsel, the Class Representatives, and the Settlement Administrator; conditionally certified the Settlement Class under Federal Rule of Civil Procedure 23(b)(3); preliminarily approved the Parties' Settlement; approved and directed a plan for giving notice to Class Members; and set deadlines for objecting to the Settlement and for requesting exclusion from the same, as well as other interim deadlines leading up to the final approval hearing set for August 11, 2014 ("Preliminary Approval Order").  In compliance with the Court's Preliminary Approval Order, Class Counsel has caused the Court-approved notice of the Settlement to be sent to Class Members. In response to the notice, zero members opted out and zero members objected.  Class Counsel now respectfully request that the Court grant final approval of the Settlement.

This motion is based upon this Notice of Motion and Motion for Final Approval of Class Action Settlement, the supporting Memorandum of Law, the Declaration of James C. Shah submitted herein and in connection with the Parties'

1  Motion for Preliminary Approval of Class Action Settlement, the Declaration of
2  Settlement Administrator Regarding Due Diligence With Regard To Mailing Of
3  The Notice Of Class Settlement, the Joint Stipulation of Settlement and Release
4  Between Plaintiffs and Defendant, all matters of which the Court may take notice,
5  and all such oral or documentary evidence presented at the hearing on the motion.

7  Dated: July 11, 2014                    Respectfully submitted,

                                          By:  /s/ James C. Shah
                                          James C. Shah
                                          SHEPHERD, FINKELMAN, MILLER &
                                          SHAH, LLP
                                          35 East State Street
                                          Media, PA 19063
                                          Tel: 610-891-9880
                                          Fax: 866-300-7367
                                          jshah@sfmslaw.com

                                          Rose F. Luzon
                                          SHEPHERD, FINKELMAN, MILLER &
                                          SHAH, LLP
                                          401 West A Street, Suite 2350
                                          San Diego, CA  92101
                                          Tel: 619-235-2416
                                          Fax: 866-300-7367
                                          rluzon@sfmslaw.com

                                          Thomas D. Mauriello
                                          MAURIELLO LAW FIRM, APC
                                          1181 Puerta Del Sol, Suite 120
                                          San Clemente, CA 92673
                                          Tel: 949-542-3555
                                          Fax: 949-606-9690
                                          tomm@maurlaw.com

                                          **Counsel for Plaintiff**